PETER SMITH, ET AL., *v.* TRUSTEES OF ASHLAND, ET AL.

**Annexation of Lands by Towns.**

Whether lands are agricultural and should not be subject to taxa-
tion for city purposes depends upon the circumstances of each case,
and the discretion of a town in extending its boundary and the levy
of taxes within such limits for municipal purposes will not be inter-
fered with by the courts unless it is clear that the burden of taxation
is imposed without any view to the interest of the owner, but merely
to increase the town's revenues.

APPEAL FROM BOYD CIRCUIT COURT.

January 20, 1880.

OPINION BY JUDGE HINES:

The exercise of legislative discretion in extending the boundary
of towns and the levy of taxes within such limits for municipal pur-
poses ought not to be interfered with by the courts unless it is
manifest that the burden of taxation is imposed without any view to
the interest of the owner of the land and merely to increase the
revenue of the town. The extension of the boundary of the town in
this case appears to have conferred upon the appellants all the privi-
leges of any other citizen of the town. It is not material to enquire
whether they enjoyed these benefits before the limits were extended.
If they did, it was eminently proper that they should be brought

within the taxable district and made to bear their portion of the municipal burdens. In every instance, whether lands are agricultural in the sense that they should not be subject to taxation for municipal purposes depends upon the peculiar circumstances of the case. No arbitrary rule can be laid down by which to determine how much land should be contained in one body in order to classify it under the head of agricultural lands. A rule applicable and appropriate to lands lying contiguous to Louisville or New York would not be the rule that the court could apply to lands adjacent to the town of Ashland.

On a careful consideration of this case we cannot see that the court below has erred. An exemption from taxation in this instance would authorize, by the application of the same rule, the exemption of the greater part of the land lying within the town limits.

That the judgment for cost is in favor of N. E. Fisher, committee of Peter Smith, cannot affect appellants. Fisher is not a party to this record, is not complaining, and has no right to complain.

Judgment *affirmed.*

*D. K. Weis, for appellants. John T. Hayes, for appellees.*